**In re HENRY R. DABNEY OIL CO.**
No. 9453.

Circuit Court of Appeals, Ninth Circuit.
March 19, 1940.

Earl Warren, Atty. Gen., of California, and Bayard Rhone, Deputy Atty. Gen., for petitioner.

No other appearances entered.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The petition contains merely petitioner's belief that the amount involved is less than $500. There is no allegation of fact that the amount is less than that sum.

Petition for allowance of appeal denied.